NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SKYVIEW CABINET USA, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES, MASTERBRAND CABINETS, INC.,**
*Defendants-Appellees*

---

2023-2318

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00080-SAV, Judge Stephen A. Vaden.

---

**ON MOTION**

---

Before LOURIE, PROST, and STOLL, *Circuit Judges.*

PROST, *Circuit Judge.*

**O R D E R**

The United States moves without opposition to voluntarily remand this appeal to the United States Court of International Trade with instructions to remand to Customs and Border Protection for further proceedings consistent

with *Royal Brush Manufacturing, Inc. v. United States*, 75 F.4th 1250 (Fed. Cir. 2023).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the case is remanded to the Court of International Trade with instructions to remand to Customs and Border Protection for further proceedings consistent with *Royal Brush*, 75 F.4th 1250.

(2) Each side shall bear its own costs.

FOR THE COURT

January 25, 2024
    Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: January 25, 2024